# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Oris Adam Griggs                                Docket No. 5:07-CR-258-1F

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Oris Adam Griggs, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 21, 2008, to the custody of the Bureau of Prisons for a term of 235 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall not incur new credit charged or open additional lines of credit without the approval of the probation office.

4. The defendant shall participate in such vocational training program as may be directed by the probation office..

5. The defendant shall provide the probation office with access to any requested financial information.

6. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

On December 19, 2012, the court granted a motion to vacate under 28 U.S.C. § 2255, insofar that the defendant sought a re-sentencing.

On January 30, 2013, the court reduced the sentence from 235 months to Time Served with immediate release to a 36-month term of supervised release with the same conditions established.

Oris Adam Griggs was released from custody on January 30, 2013, at which time the term of supervised release commenced.

Oris Adam Griggs
Docket No. 5:07-CR-258-1F
Petition For Action
Page 2

On July 10, 2013, a Violation Report was submitted to the court about the defendant's use of narcotics (opiates). He admitted to taking a Percocet for back pain. The court allowed the defendant to be continued on supervision with increased drug screens.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 19, 2013, the defendant tested positive for Benzodiazepines. Upon confrontation of the new positive, he admitted to taking a muscle relaxer/pain pill for his back that was not prescribed to him. His girlfriend admitted that she gave it to him. At this time the probation office has placed him in treatment. As a sanction for the second new use, we recommend that he complete 24 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller | /s/Arthur B. Campbell |
| Jeffrey L. Keller | Arthur B. Campbell |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: December 5, 2013 |

**ORDER OF COURT**

Considered and ordered this ___6th___ day of ___December___, 2013, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge