UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:07-CR-258-1F

| | |
|---|---|
| United States Of America ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| Oris Adam Griggs ) | |

On July 21, 2008, Oris Adam Griggs appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1), was sentenced to the custody of the Bureau of Prisons for a term of 235 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 5 years upon release from imprisonment. On January 30, 2013, in response to a Motion to Vacate under 28 U.S.C. § 2255, the term of imprisonment was reduced from 235 months to time served. Oris Adam Griggs was released from custody and the term of supervised release commenced on January 30, 2013.

From evidence presented at the revocation hearing on December 2, 2015, the court finds as a fact that Oris Adam Griggs, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 14 months.

**IT IS RECOMMENDED** that the defendant be designated at FCI Butner for service of sentence.

**IT IS RECOMMENDED** that the defendant participate in vocational training while incarcerated.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 2nd day of December, 2015.

*James C. Fox*
James C. Fox
Senior U.S. District Judge